# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

DEMI ABRAHAM
*Defendant*

MAGISTRATE JUDGE: Leda Dunn Wettre

CASE NO. 20-820 KSH

DATE OF PROCEEDINGS: May 16, 2022

DATE OF ARREST: _____

**PROCEEDINGS:** Bail Review Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: ___ AFPD  ___ CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [x] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: ___ GUILTY  ___ NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Order modifying bail conditions

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: ___ COURT ___ JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Olajide Araromi

DEFT. COUNSEL: Patrick McMahon

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 10:30 am
TIME TERMINATED: 11:00 am
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK