UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

**UNITED STATES OF AMERICA**

v.                           Criminal No. 20-0820 (KSH)

**Demi Abraham,**

           Defendant.              **ORDER MODIFYING BAIL CONDITIONS**

_____

AND NOW, this 16th day of May, 2022, upon the application of Pre-Trial Services (as per Sophia Grigolo), for an Order Modifying the conditions of release and Defendant Demi Abraham (Patrick N. McMahon, appearing), and the Government (represented by Olajide Araromi) consenting, it is hereby ORDERED that the bail conditions previously imposed upon Mr. Abraham are modified as follows:

> Demi Abraham must abstain from the use and consumption of all alcoholic beverages and submit to testing as determined by Pre-Trial Services.

> It is further ORDERED that all other conditions remain the same.

*/s/ Leda Dunn Wettre*
_____
Hon. Leda Dunn Wettre
United States Magistrate Judge