# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Leda Dunn Wettre |
| v. | CASE NO. 20-820 |
| DEMI ABRAHAM *Defendant* | DATE OF PROCEEDINGS: December 14, 2022 |
| | DATE OF ARREST: 12/13/22 |

**PROCEEDINGS:** Initial Appearance - VOPT

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: ___ AFPD ___ CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [x] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ___

- [x] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ___
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.    DATE: ___
- [ ] DETENTION/BAIL HRG.         DATE: ___
- [ ] TRIAL: ___ COURT ___ JURY   DATE: ___
- [ ] SENTENCING                  DATE: ___
- [ ] OTHER: ___                  DATE: ___

**APPEARANCES:**

AUSA: Olijade Araromi

DEFT. COUNSEL: Patrick McMahon

PROBATION: ___

INTERPRETER ___
Language: ___

TIME COMMENCED: 10:30 am
TIME TERMINATED: 11:00 am
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK