**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

**UNITED STATES OF AMERICA**                      :

                                                  :

                                                  :

**v.**                                            :          **Crim. No. 20-0820 (KSH)**

                                                  :

                                                  :

**DEMI ABRAHAM,**                                 :

                                                  :          **ORDER FOR DETENTION PENDING RELEASE**

                **Defendant.**                    :          **AND CONDITIONS**

                                                  :

_____

AND NOW, this 14th day of December, 2022, upon the application of Pre-Trial Services

(as per Sophia Grigolo), for an Order Modifying the conditions of release and the Defendant

Demi Abraham; Patrick N. McMahon, appearing, and the Government (represented by Olajide

Araromi) appearing, it is hereby ORDERED that Mr. Abraham is to be detained pending

placement in an inpatient substance abuse treatment program and that a status conference is

to be held prior to his completion of the program.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge